IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON M. HANSON,

    Petitioner,

-vs-

MIKE ATCHISON,

    Respondent.                  No. 12-cv-283-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order Dismissing Case (Doc. 22) entered by this Court, the Report and Recommendation of Magistrate Judge Philip M. Frazier is **ADOPTED** in its entirety. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED** and **DISMISSED** with prejudice.

                                  NANCY J. ROSENSTENGEL,
                                  CLERK OF COURT

                                BY:  s/*Sara Jennings*
                                       Deputy Clerk

**DATED:** January 8, 2014

David R. Herndon
2014.01.08
18:57:16 -06'00'

**APPROVED:**
        CHIEF JUDGE
        U. S. DISTRICT COURT